UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven J. Roy

    v.

NH Department of Corrections,
Commissioner, et al.

Case No. 24-cv-313-JL-AJ

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 18, 2025.

_____
Joseph N. Laplante
United States District Judge

Date: May 14, 2025

cc: Steven J. Roy, pro se